Darrell E. Davis, SBN #011442
Zach R. Fort, SBN #031643
**CLARK HILL PLC**
14850 North Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone:   (480) 684-1100
Facsimile:   (480) 684-1199
Email:   ddavis@clarkhill.com
         zfort@clarkhill.com

*Attorneys for Defendant The 85 Fund*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Hanson,<br><br>                    Plaintiff,<br>      v.<br><br>The 85 Fund,<br><br>                    Defendant. | **NOTICE OF REMOVAL**<br><br>Federal Question<br>28 U.S.C. § 1331<br><br>Removed from the Maricopa County Justice Courts (North Mesa)<br><br>Case No. CC2021-099582RC |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1331, Defendant The 85 Fund ("Defendant"), through counsel, hereby removes this action from the Maricopa County Justice Courts (North Mesa) to the United States District Court for the District of Arizona on the following grounds:

1. Plaintiff Justin Hanson ("Plaintiff"), commenced this action on or about June 18, 2021, by filing his Summons and Complaint in the Maricopa County Justice Courts (North Mesa), Case No. CC2021-099582RC (the "State Court Action"). A true and accurate copy of the Complaint and Summons are attached as **Exhibit 1**.

1

ClarkHill\09999\09999-030025\263480016.v1-7/13/21

2. Defendant was served through its statutory agent of service of process on or about June 23, 2021. However, Plaintiff has not yet filed the required Proof of Service in the State Court Action and has not otherwise provided a copy to Defendant.

3. To date, no other pleadings have been filed in the action.

4. This removal is timely filed pursuant to 28 U.S.C. § 1446(b) as it was filed within thirty days after Defendant was served.

5. The civil action Plaintiff initiated as the Justice Court Action involves allegations that he received communications from Defendant that were unlawful under the Telephone Consumer Protection Act. Plaintiff's only cause of action, although lacking even the most basic elements of a viable pleading, purports to be based solely on a federal statute. *See* **Exhibit 1**. Defendant disputes Plaintiff's claim.

6. Pursuant to 28 U.S.C. §1441(a), this action may be removed to this Court because it is the District located in Maricopa County, Arizona, in which this action was pending before removal.

7. Removal is proper in this case because the Court has original jurisdiction of this action under 28 U.S.C. § 1331 as a civil action arising under the Constitution, laws, or treaties of the United States. *See* **Exhibit 1**.

8. Defendant is the only named defendant, therefore, all defendants have joined in this removal.

9. This Notice of Removal is timely filed because it was filed within thirty days after receipt by Defendant, through service, of the Summons and Complaint of the Plaintiff and is filed within one year after the filing of the Complaint. *See* 28 U.S.C. § 1446(b).

10. Defendant reserves the right to amend or supplement this Notice of Removal.

11. Pursuant to 28 USC § 1446, a Notice of Filing Notice of Removal will be filed with the Clerk for the Maricopa County Justice Courts, North Mesa Justice Court,

and will also be served upon the Plaintiff. A true and complete copy of the written Notice of Filing Notice of Removal to be filed and served is attached herein as **Exhibit 2**.

12. A copy of the most recently available docket in the State Court Action is attached as **Exhibit 3**.

WHEREFORE, Defendant respectfully requests that this action to be removed and that this Court assume full jurisdiction over this case as provided by law.

DATED this 23rd day of July 2021.

**CLARK HILL PLC**

By: _s/ Zach R. Fort_
    Darrell E. Davis
    Zach R. Fort
    *Attorneys for Defendant*
    *The 85 Fund*

## VERIFICATION OF ZACH R. FORT

I, Zach R. Fort, verify as follows:

1. I am an active member in good standing of the State Bar of Arizona and a member with the law firm of Clark Hill PLC, the counsel of record for Defendant The 85 Fund

2. I have firsthand knowledge of the matters set forth herein. I submit this verification pursuant to LRCiv 3.6 and Fed. R. Civ. P. 11.

3. I hereby verify that attached to this Notice of Removal are the true and correct copies of all pleadings and other documents filed in the State Court Action.

I verify that the foregoing is true and correct.

**CLARK HILL PLC**

By: *s/ Zach R. Fort*
    Zach R. Fort

4

ClarkHill\09999\09999-030025\263480016.v1-7/13/21

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court this 23rd day of July 2021, via the CM/ECF system and also served the foregoing by regular mail and email to:

Justin Hanson
745 E. Glade Avenue
Mesa, AZ 85204
Hansoncrwe@gmail.com
*Defendant in pro per*

 s/ Shonda L. Ordoñez

5

ClarkHill\09999\09999-030025\263480016.v1-7/13/21