**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Justin Hanson,

Plaintiff,

v.

The 85 Fund,

Defendant.

**INDEX OF EXHIBITS TO:**

**DEFENDANT'S NOTICE OF REMOVAL**

| | |
|---|---|
| Exhibit 1 | Maricopa County Justice Court Complaint and Summons |
| Exhibit 2 | Maricopa County Justice Court Notice of Filing of Notice of Removal |
| Exhibit 3 | Justice Court Docket |

# EXHIBIT 1

PLAINTIFF(S) ATTORNEY INFORMATION:

________________________________________

________________________________________

________________________________________

________________________________________

Name/Address/Phone

FILED
JUN 18 2021
NORTH MESA
JUSTICE COURT

Maricopa_____ COUNTY JUSTICE COURTS, STATE OF ARIZONA

NORTH MESA JUSTICE COURT

1837 S Mesa Drive, Mesa, AZ 85201 480-964-2958

Justin Hanson
745 E Glade Ave
Mesa AZ, 85204
(530) 220-0671
Plaintiff(s) Name/Address/Phone

V.

The 85 Fund
8280 Greensboro Dr, St 140
Mclean, VA 22102
(703) 761-5000
Defendant(s) Name/Address/Phone

Case Number CC2021 049582RC

**COMPLAINT**
**CIVIL**

**Plaintiff(s) alleges:**

1. This claim arises from: [ X ] Tort [ ] Contract [ ] Debt

2. Venue in this precinct is proper because:

   [ ] The defendant(s) reside(s) or does business in this precinct.

   [ X ] The debt or obligation that resulted in this claim occurred in this precinct at the following location: 745 E Glade Ave; Mesa AZ, 85204_______________________.

   [ X ] Other: Defendant resides without the state________ (pursuant to A.R.S. § 12-401).

3. The defendant(s) owes the sum of $5,000______________. The defendant(s) owe the plaintiff(s) this amount because: (State the facts in support of your claim. You may attach an additional page to your complaint, if necessary.)

   In October of 2020, the Defendant placed illegal text solicitations to the plaintiff that were in

Case Number: ______________________

violation of the Telephone Consumer Protection Act and Electronic Code of Federal Regulations "TCPA".

4. Plaintiff(s) is also claiming:
   - [ ] Attorney's fees
   - [ ] Prejudgment interest
   - [ ] Postjudgment interest
   - [X] Court costs
   - [X] Other (specify): 2 hours of my time.

5. I state under penalty of perjury that the foregoing is true and correct.

Date: 6/17/21

Justin Hanson
Plaintiff

PLAINTIFF(S) ATTORNEY INFORMATION:

______________________

______________________

______________________

______________________

Name/Address/Phone

FILED
JUN 18 2021
NORTH MESA
JUSTICE COURT

Maricopa____ COUNTY JUSTICE COURTS, STATE OF ARIZONA

NORTH MESA JUSTICE COURT
1837 S. Mesa Drive, Mesa, AZ 85201 480-964-2958

Justin Hanson
745 E Glade Ave
Mesa AZ, 85204
(530) 220-0671
Plaintiff(s) Name/Address/Phone

V.

CASE NUMBER: CC2021 099582

SUMMONS
CIVIL

The 85 Fund
8280 Greensboro Dr, St 140
Mclean, VA 22102
(703) 761-5000
Defendant(s) Name/Address/Phone

THE STATE OF ARIZONA TO THE ABOVE-NAMED DEFENDANT(S):

1. You are summoned to respond to this complaint by filing an answer with this court and paying the court's required fee. If you cannot afford to pay the required fee, you can request the court to waive or to defer the fee.

2. If you were served with this summons in the State of Arizona, the court must receive your answer to the complaint within twenty (20) calendar days from the date you were served. If you were served outside the State of Arizona, the court must receive your answer to the complaint within thirty (30) days from the date of service. If the last day is a Saturday, Sunday, or holiday, you will have until the next working day to file your answer. When calculating time, do not count the day you were served with the summons.

3. This court is located at (physical address): 1837 S. Mesa Drive, Mesa, AZ 85201__________

4. Your answer must be in writing.

   (a) You may obtain an answer form from the court listed above, or on the Self-Service Center of the Arizona Judicial Branch website at http://www.azcourts.gov/.

Case Number: ______________________

(b) You may visit http://www.azturbocourt.gov/ to prepare your answer electronically; this requires payment of an additional fee.

(c) You may also prepare your answer on a plain sheet of paper, but your answer must include the case number, the court location, and the names of the parties.

5. You must provide a copy of your answer to the plaintiff(s) or to the plaintiff's attorney.

IF YOU FAIL TO FILE A WRITTEN ANSWER WITH THE COURT WITHIN THE TIME INDICATED ABOVE, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST YOU, AS REQUESTED IN THE PLAINTIFF(S) COMPLAINT.

Date: JUN 18 2021

Judge's Signature

{COURT SEAL}

**REQUEST FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE COURT AS SOON AS POSSIBLE BEFORE A COURT PROCEEDING.**



# Maricopa County Justice Courts

NOTICE TO THE DEFENDANT:
A LAWSUIT HAS BEEN FILED AGAINST YOU IN JUSTICE COURTS

**You have rights and responsibilities in this lawsuit. Read this notice carefully.**

1. In a justice court lawsuit, individuals have a right to represent themselves, or they may hire an attorney to represent them. A family member or a friend may not represent someone in justice court unless the family member or friend is an attorney. A corporation has a right to be represented by an officer of the corporation, and a limited liability company ("LLC") may be represented by a managing member. A corporation or an LLC may also be represented by an attorney.

   If you represent yourself, you have the responsibility to properly complete your court papers and to file them when they are due. The clerks and staff at the court are not allowed to give you legal advice. If you would like legal advice, you may ask the court for the name and phone number of a local lawyer referral service, the local bar association, or a legal aid organization.

2. You have a responsibility to follow the Justice Court Rules of Civil Procedure ("JCRCP") that apply in your lawsuit. The rules are available in many public libraries, at the courthouse, and online at the Court Rules page of the Arizona Judicial Branch website, at http://www.azcourts.gov/, under the "AZ Supreme Court" tab.

3. A "plaintiff" is someone who files a lawsuit against a "defendant." You must file an answer or other response to the plaintiff's complaint in writing and within twenty (20) days from the date you were served with the summons and complaint (or thirty (30) days if you were served out-of-state.) If you do not file an answer within this time, the plaintiff may ask the court to enter a "default" and a "default judgment" against you. Your answer must state your defenses to the lawsuit. Answer forms are available at the courthouse, on the Maricopa County Justice Court website at http://justicecourts.maricopa.gov/, and on the Self-Service Center of the Arizona Judicial Branch website at http://www.azcourts.gov/ under the "Public Services" tab. You may also prepare your answer on a plain sheet of paper, but your answer must include the court location, the case number and the names of the parties. You must provide to the plaintiff a copy of any document that you file with the court, including your answer.

4. You may bring a claim against the plaintiff if you have one. When you file your answer or written response with the court, you may also file your "counterclaim" against the plaintiff.

5. You must pay a filing fee to the court when you file your answer. If you cannot afford to pay a filing fee, you may apply to the court for a fee waiver or deferral, but you must still file your answer on time.

6. You may contact the plaintiff or the plaintiff's attorney and try to reach an agreement to settle the lawsuit. However, until an agreement is reached you must still file your answer and participate in the lawsuit. During the lawsuit, the court may require the parties to discuss settlement.

7. Within forty (40) days after your answer has been filed, you and the plaintiff are required to provide a disclosure statement to each other. The disclosure statement provides information about witnesses and exhibits that will be used in the lawsuit. A party may also learn more about the other side's case through discovery. Read the Justice Court Rules of Civil Procedure for more information about disclosure statements and discovery.

8. The court will notify you of all hearing dates and trial dates. You must appear at the time and place specified in each notice. If you fail to appear at a trial or a hearing, the court may enter a judgment against you. To assure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.

# EXHIBIT 2

./

Darrell E. Davis, SBN #011442
Zach R. Fort, SBN #031643
**CLARK HILL PLC**
14850 North Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Facsimile: (480) 684-1199
Email: ddavis@clarkhill.com
zfort@clarkhill.com

*Attorneys for Defendant The 85 Fund*

**MARICOPA COUNTY JUSTICE COURTS, STATE OF ARIZONA**

**NORTH MESA JUSTICE COURT**

**1837 S. Mesa Drive, Mesa, AZ 85201 480-964-2958**

| | |
|---|---|
| Justin Hanson,<br><br>Plaintiff,<br><br>v.<br><br>The 85 Fund,<br><br>Defendants. | **NOTICE OF FILING OF NOTICE OF REMOVAL**<br><br>Case No. CC2021-099582RC |

**TO: TO THE CLERK OF THE JUSTICE COURT AND ALL PARTIES AND THEIR ATTORNEYS**

PLEASE TAKE NOTICE that on July 23, 2021, Defendant The 85 Fund caused this action to be removed to the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1331. A copy of the Notice of Removal, which is being filed concurrently in the District Court, is attached as **Exhibit A**. This Notice is being provided pursuant to 28 U.S.C. § 1446(d). A copy of this Notice is being provided to the Clerk of the Maricopa County Justice Court, Arizona, as well as to the Plaintiff in this case. Pursuant to 28 U.S.C. § 1446(d), this Court is respectfully requested to proceed no further in this action.

DATED this 23 day of July 2021.

**CLARK HILL PLC**

By: *s/ Zach R. Fort*
Darrell E. Davis
Zach R. Fort
*Attorneys for Defendant*
*The 85 Fund*

**COPY** of the foregoing mailed this 23 day of July 2021, to:

Justin Hanson
745 E. Glade Avenue
Mesa, AZ 85204
Hansoncrwe@gmail.com
*Defendant in pro per*

*s/ Shonda L. Ordoñez*

# EXHIBIT 3

/

(/index aspx)

Related Links -- Select Link --

Home (/index aspx) Find a Case (/FindACase/index aspx) Case Types (/CaseTypes/civilsuits aspx) Forms/Fees

Our Judges (/Judges/index aspx) Locations (/Locations/index aspx) News

**CASE TOOLS**

Case History (/FindACase/casehistory aspx)

Court Calendar (/FindACase/courtcalendar aspx)

Court Locations (/Locations/index aspx)

Find a Case (/FindACase/index aspx)

Traffic Violations (/CaseTypes/traffic aspx)

## JUSTICE COURTS CASE INFORMATION - CASE HISTORY

**Disclaimer: The information on this website is not the official court record. Please contact the court for the official record In no event shall the Maricopa County Justice Courts be liable for damages of any nature arising out of your use or inability to use this website**

<< return to previous page

**Case Information**

| | | | |
|---|---|---|---|
| Case Number | CC2021-099582 | Judge | Jones, Kyle |
| File Date | 6/18/2021 | Location | North Mesa Justice Court |
| Case Type | Justice Civil | Case Status | 01 - New Case |

**Party Information**

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| JUSTIN HANSON | Plaintiff | N/A | Pro Per |
| THE 85 FUND | Defendant | N/A | Pro Per |

**Disposition Information**

There are no disposition notes on file

**Case Calendar**

There are no calendar events on file

**Events**

| Event Type | Sub Type | Result | Result Date |
|---|---|---|---|
| Subpoena duces tecum | | Issued/Ordered | 7/8/2021 |

**Judgments**

There are no judgments on file

Case Types (/CaseTypes/civilsuits aspx) | Court Forms (/Forms/index aspx) | Find a Case (/FindACase/index aspx) | Court Calendars (/FindACase/courtcalendar aspx) | Judges (/Judges/index aspx)

Copyright © 2011 Maricopa County Justice Courts | Supported Browsers (/Notices/BrowserSupport aspx)

(http //www twitter com/MCJusticeCourts) (http //www facebook com/MaricopaCountyJusticeCourts)

(https //www instagram com/maricopacountyjusticecourts/)