# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Hanson, | No. CV-21-01286-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| 85 Fund, | |
| Defendant. | |

Upon review of the parties' Stipulation to Dismiss with Prejudice (Doc. 10), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 10). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 25th day of August, 2021.

Honorable John J. Tuchi
United States District Judge